**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LOLITA SUMMERLIN**

**VERSUS**

**CAROLINA CARPORTS, INC., ET AL**

**CIVIL ACTION**

**NO. 07-730-FJP-CN**

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, March 27, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LOLITA SUMMERLIN**

**VERSUS**

**CAROLINA CARPORTS, INC., ET AL**

**CIVIL ACTION**

**NO. 07-730-FJP-CN**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed this suit on October 10, 2007. A scheduling conference was set for February 28, 2008. On February 27, 2008, the Court was informed that the case had been settled as to defendant Carolina Carports, Inc., and therefore cancelled the scheduling conference. (Dkt. #7). At the time of the cancellation, defendant Omar G. Polido had not been served.[1]

Also on February 27, 2008, the Court notified plaintiff that failure to perfect service of the summons and complaint in accordance with Rule 4(m), Federal Rules of Civil Procedure and to file proof of service in the record would result in this suit being dismissed for failure to prosecute, in accordance with ULR, Rule 41.3M. (Dkt. #8).[2] [3]

---

[1] Exhibit 3 to the Notice of Removal indicates that service was made on defendant Carolina Carports, however no proof of service was provided for defendant Omar G. Polido.

[2] The record indicates that plaintiff's counsel received this notice electronically through his email address on file with the Clerk of Court's Office.

[3] Plaintiff's counsel was given ten (10) days from the date of the Order to comply with the Court's Notice.

On March 17, 2008, the Court granted plaintiff's motion for partial dismissal as to Carolina Carports, Inc., reserving her rights as to the remaining defendant, Omar G. Polido, and his insurer. However, more than 10 days have elapsed since the Court's notice of February 27, 2008, and no proof of service has been filed in the record as of this date.

## RECOMMENDATION

It is recommended that this case be dismissed for plaintiff's failure to prosecute and have the defendant, Omar G. Polido, served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, March 27, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**