UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOLITA SUMMERLIN

VERSUS

CAROLINA CARPORTS, INC., ET AL.

CIVIL ACTION

NO. 07-730-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that this case shall be DISMISSED for plaintiff's failure to prosecute and have the defendant, Omar G. Polido, served within 120 days of the filing of the suit.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 17, 2008.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE
by JAMES J. BRADY
U.S.D.J.

Doc#45153