UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOLITA SUMMERLIN

VERSUS

CAROLINA CARPORTS, INC., ET AL.

CIVIL ACTION

NO. 07-730-FJP-CN

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendant and against the plaintiff, dismissing this case for plaintiff's failure to prosecute and have the defendant, Omar G. Polido, served within 120 days of the filing of the suit.

Baton Rouge, Louisiana, APRIL 17, 2008.

*F. J. Polozola*
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

by *James J. Brady*
U.S.D.J.

Doc#45153